## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

v.                            **No. CIV 09-0315 LH/LAM**
                                  **CR 06-2263 LH**

OSCAR PROVENCIO-SANDOVAL,

        Defendant/Movant.

### ORDER

    **THIS MATTER** is before the Court on Defendant/Movant's ***Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence by a Person in Federal Custody*** *(CV Doc. 1; CR Doc. 61)*, ***Motion For Leave To Amend § 2255 Motion*** *(CV Doc. 2; CR Doc. 62)*, and ***Motion For Waiver Of Three Copy Rule*** *(CV Doc. 3; CR Doc. 63)*, all filed on March 30, 2009.  The ***Motion For Leave To Amend § 2255 Motion*** will be denied as moot at this time, *see* Fed. R. Civ. P. 15(a)(1) (allowing amended complaint "as a matter of course . . . before being served with a responsive pleading"), and the ***Motion For Waiver Of Three Copy Rule*** will be granted, *see* D.N.M.LR-Civ. 1.7, 5.1(a)-5.2.  Pursuant to 28 U.S.C. § 2255 R.4(b), the Court will order an answer to Defendant/Movant's § 2255 motion.

    **IT IS THEREFORE ORDERED** that Defendant/Movant's ***Motion For Leave To Amend § 2255 Motion*** *(CV Doc. 2; CR Doc. 62)* is **DENIED as moot** at this time, and Defendant/Movant can file an amended § 2255 Motion without leave of Court, **as long as he files it <u>before</u>** a response is filed by the United States.

**IT IS FURTHER ORDERED** that Defendant/Movant's his ***Motion For Waiver Of Three Copy Rule*** *(CV Doc. 3; CR Doc. 63)* is **GRANTED** and Defendant/Movant is allowed to file only a single copy of his pleadings, rather than an original and two copies.

**IT IS FURTHER ORDERED** that the Clerk shall forward to the United States Attorney a copy of Defendant/Movant's ***Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence*** *(CV Doc. 1; CR Doc. 61)*, and any amendments thereto, and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, **within twenty-three days** from entry of this Order, the United States answer Defendant/Movant's ***Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence*** *(CV Doc. 1; CR Doc. 61)*.

**IT IS SO ORDERED**.

*Lourdes A. Martínez*

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**