# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent/Appellee,**

**v().**                                        **No. CIV 09-0315 LH/LAM**
                                               **CR 06-2263 LH**

**OSCAR PROVENCIO-SANDOVAL,**

      **Defendant/Movant/Appellant.**

## ORDER DENYING [SECOND] MOTION FOR RECONSIDERATION (Doc. 41)

**THIS MATTER** is before the Court on Mr. Provencio-Sandoval's *[Second]$^1$ Motion for Re-consideration* (*Doc. 41*), filed on January 25, 2010. In his motion, Mr. Provencio-Sandoval asks the Court to reconsider its April 17, 2009 decision to deny him pro bono counsel.$^2$ Mr. Provencio-Sandoval's claims under 28 U.S.C. § 2255 have been denied and this case has been dismissed. *See ***Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 29)** *(Doc. 32)* and **Judgment** *(Doc. 33)* filed December 7, 2009. On December 31, 2009, Mr. Provencio-Sandoval appealed this Court's decision to the Tenth Circuit Court of Appeals. To the extent Mr. Provencio-Sandoval is requesting appointment of counsel for proceedings in this Court, his request is moot because this Court no longer has jurisdiction over his

---

$^1$Mr. Provencio-Sandoval filed his first **Motion for Reconsideration** *(Doc. 10)* pertaining to this same issue on April 27, 2009.

$^2$Mr. Provencio-Sandoval appears to dispute the Court's interpretation of his request for pro bono assistance as a motion for appointment of counsel, and states that he "understood that pro bono meant free of charge, not to him, nor the [C]ourt." *Document 41* at 1. A request made to the Court for pro bono assistance is the equivalent of a motion for appointment of counsel because providing counsel is the means by which the Court can provide pro bono assistance to *pro se* parties who meet certain criteria. As the Court has already explained to Mr. Provencio-Sandoval, there is no constitutional right to court-appointed counsel in a civil case, and Mr. Provencio-Sandoval does not present reasons to justify appointment of counsel. *See ***Order Denying Motion for Reconsideration** *(Doc. 23)* at 1-2 and **Order Denying Motion for Appointment of Counsel** *(Doc. 7)* at 1 (citations omitted).

claims. To the extent he is requesting appointment of counsel for his appeal, that is a matter within the jurisdiction of the Tenth Circuit Court of Appeals. Accordingly, the Court **FINDS** that the motion is not well-taken and should be **DENIED**.

**IT IS THEREFORE ORDERED** that Mr. Provencio-Sandoval's *[Second] Motion for Re-consideration* (*Doc. 41*) is **DENIED**.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**